**Opinion filed June 17, 2010**



## In The

# Eleventh Court of Appeals

_____

## No. 11-10-00139-CV

_____

## NEAL HAWKS AND
## HAWKS DOUBLE MOUNTAIN RANCH, LLC, Appellants

## V.

## KIRKPATRICK OIL & GAS, L.L.C. AND
## KIRKPATRICK COMPANY, INC., Appellees

**On Appeal from the 32nd District Court**
**Fisher County, Texas**
**Trial Court Cause No. 6131**

### M E M O R A N D U M   O P I N I O N

Neal Hawks and Hawks Double Mountain Ranch, LLC have filed in this court a motion to dismiss their appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

June 17, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.